THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTIC: AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE: Civ.L.R.5.4
(Rule Number/Section)

Eloy Vargas 317221A
Name and Prisoner/Booking Number

Yuma County Detention
Place of Confinement

200 West Court Street
Mailing Address

Yuma, A.Z. 85364
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED ✓    LODGED ___
RECEIVED ___ COPY ___
SEP 05 2017
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Eloy Vargas
(Full Name of Plaintiff),
Plaintiff,

vs.

(1) Yuma Detention Center
(Full Name of Defendant)
(2) D.O. Rangel #185
(3) _____
(4) _____
Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-17-3028-PHX-JAT-ESW
(To be supplied by the Clerk)

Jury trial Demanded

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Yuma Detention Center Yuma County

550/555

Revised 5/1/2013                    1

## B. DEFENDANTS

1. Name of first Defendant: __Yuma Detention Center__. The first Defendant is employed as: _____ at _____.
   (Position and Title)                                  (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as: _____ at _____.
   (Position and Title)                                  (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as: _____ at _____.
   (Position and Title)                                  (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
   (Position and Title)                                  (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☐ Yes    ☒ No

2. If yes, how many lawsuits have you filed? ____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: 13-1204, 31-127

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   While I was shackled I was pressed to the fence when Officer Rangel #185, forced his elbow to my back which pressed against my nephrostomy tube, at that time I told officer Rangel #185, was hurting me, which he continue to apply pressure to my tube which punctured my left kidney. When I was thrown into my cell Officer Rangel #185, yanked the Nephrostomy tube out of my left kidney which led me to be taken to Yuma Medical Center to have surgery and be hospitalized for 10 days due to internal bleeding and bruising.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   D.O. Rangel #185, Forced his elbow into my nephrostomy, which punctured my left kidney causing it to bruise and internal bleeding. Which lead to be taken to Y.R.M.C. for surgery, and hospitalized for 10 days.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## E. REQUEST FOR RELIEF

State the relief you are seeking: For detention officer Rangel #185 to be terminated and $250,000.00 for pain and suffering, and mental anguish.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8/29/17
DATE

_Mr. Angus Ely_
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.