**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eloy Vargas,<br><br>          Plaintiff,<br><br>v.<br><br>Yuma County Detention Center, et al.,<br><br>          Defendants. | No. CV-17-03028-PHX-JAT (ESW)<br><br>**ORDER** |

    Plaintiff Eloy Vargas, who was confined in the Yuma County Detention Center, filed a pro se civil rights Complaint pursuant to 42 U.S.C. § 1983 (Doc. 1). In its screening Order of October 26, 2017, the Court ordered Defendant Rangal to answer the Complaint and stated: "If Plaintiff's address changes, Plaintiff must file and serve a notice of a change of address in accordance with Rule 83.3(d) of the Local Rules of Civil Procedure . . . Failure to comply may result in dismissal of this action." (Doc. 5 at 4-5). The Plaintiff is presumed to have received the Court's screening Order as it was not returned to the Court.

    On May 17, 2018, the Court ordered Plaintiff to respond to Defendant's Motion for Summary Judgment no later than June 18, 2018 (Doc. 16 at 3). On May 22, 2018, the Court granted Defendant's Motion for Order to Release Medical Records (Doc. 17). Both Orders were mailed to Plaintiff at his address of record. Both Orders were returned to the Court marked "Return to Sender/Not Deliverable as Addressed/Unable to

Forward" with a hand written notation on each envelop "RTS," "No longer in our custody," and "NLIC." (Docs. 18, 18-1). As of the date of the filing of this Order, Plaintiff has not provided the Court with his change of address as required.

**IT IS ORDERED** that Plaintiff show cause no later than **June 15, 2018** why his case should not be dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(b) and failure to notify the Court of a change of address as ordered by the Court (Doc. 5).

Dated this 1st day of June, 2018.

Honorable Eileen S. Willett
United States Magistrate Judge