**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eloy Vargas,<br><br>               Plaintiff,<br><br>v.<br><br>Yuma County Detention Center, et al.,<br><br>               Defendants. | No. CV-17-03028-PHX-JAT<br><br>**ORDER** |

      On July 10, 2018, the Magistrate Judge to whom this case was assigned issued a Report and Recommendation (R&R) recommending that this case be dismissed, without prejudice, for failure to prosecute. (Doc. 21). Neither party has filed objections to the R&R.

      This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). It is "clear that the district judge must review the magistrate judge's findings and recommendations *de novo if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in original); *Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003) ("Following *Reyna-Tapia*, this Court concludes that *de novo* review of factual and legal issues is required if objections are made, 'but not otherwise.'"); *Klamath Siskiyou Wildlands Ctr. v. U.S. Bureau of Land Mgmt.*, 589 F.3d 1027, 1032 (9th Cir. 2009) (the district court "must review de novo the portions of the [Magistrate Judge's] recommendations to which the parties object."). District courts are

not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (emphasis added); *see also* 28 U.S.C. § 636(b)(1) ("the court shall make a *de novo* determination of those portions of the [report and recommendation] to which objection is made.").

Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Doc. 21) is accepted. This action is dismissed, without prejudice, for failure to prosecute and the Clerk of the Court shall enter judgment accordingly.

**IT IS FURTHER ORDERED** that Defendant's motion for summary judgment (Doc. 14) is denied as moot.

Dated this 27th day of July, 2018.

_____
James A. Teilborg
Senior United States District Judge